**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re     Arthur G. Grenier | Chapter: 7 |
| | Case No: 15–40670 |
| Debtor | Judge Henry J. Boroff |

**ORDER DISCHARGING TRUSTEE**
**AND CLOSING CASE**

It is hereby **ORDERED** that Joseph H. Baldiga, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:7/24/15                                                                By the Court,

                                                                            Henry J. Boroff
                                                                            U.S. Bankruptcy Judge